# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| CHRISTINE SMITH, | ) |
| Plaintiff, | ) |
| | ) NO. 1:23-CV-00003 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| ADMIRAL TITLE, INC., | ) MAGISTRATE JUDGE HOLMES |
| Defendant. | ) |

## ORDER

The parties have jointly filed an Agreed Stipulation of Dismissal with Prejudice (Doc. No. 19) under Federal Rule of Civil Procedure 41. Accordingly, pursuant to the stipulation of the parties, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE